# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABER AHMED, <br><br> Plaintiff <br><br> v. <br><br> EQUIFAX INC.; and DOES 1 through 10, inclusive, <br><br> Defendant | ) Case No. <br> ) <br> ) 8:18-cv-01103-JVS-JDE <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: February 04, 2019

_____
Honorable Judge of the District Court